UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

LEE BROTHER, LLC,

        Plaintiff,

vs.

CROWLEY LINER SERVICES, INC.,

        Defendant.
_____/

Civil Action No.
1:06-CV-700

HON. BERNARD A. FRIEDMAN

## JUDGMENT

The court has granted defendant's motion for summary judgment. Accordingly,

    IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendant and against plaintiff. Costs to be permitted in accordance with law.

        ___s/ Bernard A. Friedman_____
        BERNARD A. FRIEDMAN
        CHIEF U.S. DISTRICT JUDGE
        SITTING BY SPECIAL DESIGNATION

Dated: June 25, 2007